1 Edward A. Morales

2 45 Old Charleston Rd, Box 991

3 Tombstone, AZ 85638

4 Cochise County

5 (520)457-3095

```
FILED_____ LODGED
RECEIVED_____ COPY
2008 JAN 22  A 10: 34
RK US DISTRICT COURT
ISTRICT OF ARIZONA
```

6

7 ## IN THE UNITED STATE DISTRICT COURT

8 ## FOR THE DISTRICT OF ARIZONA

9

10

11 Edward Morales        PRO-SE        )        case No. 08-CV-56-JMR

12                Plaintiff,        )

13                                   )

14 VS.                               )        COMPLAINT

15 Experian Information Solutions Inc. )

16                Defendant.        )

17 _____ )

18

19

20 ### *JURISTRICTION*

21

22 Tucson Division;        Evo A. DeConcini U. S. Courthouse

23                405 West Congress Street, Suite 1500

24                Tucson, AZ 85701

25                (520)205-4200

26

27

28

**COMPLAINT**

1)Experian Information Solutions had/have and is violation of the "FEDERAL FAIR CREDIT REPORTING ACT" sections;

605A    Identity theft prevention; fraud alerts.

605B    Block of information resulting from identity theft.

605     Requirements relating to information contained in consumer reports.

611     Procedures in case of disputeed accuracy.

620     Unauthrized disclosures by officers or employees.

623     Responsabilities of furnishers of information to consumers reporting agencies.

625     Relation to state Laws.

2)Plaintiff had not being able to get credit due to fraudulent and misleading information (data) in Experian credit Reports.

3)Plantiff have being harazed by creditor due to fraudulent and misleading reporting.

4) Plaintiff is entire to a judgement for relief.

**DEMANDS**

1) Plaintiff request the Court to grant damages in the amount of $100,000.00 plus all fees.

2) Plaintiff request the Court to order Defendant to freeze and/or amend/correct misleading or erroneous information on Plaintiff credit report.

3) Plaintiff

1   Dated: Jan        ,2008

2

3

4                                           Edward A. Morales

5                                    45 Old Charleston Rd Box 991

6                                        Tombstone, AZ 85638

7                                           (520)457-3095

8

9   Original Filed on_____2008

10  UNITED STATE FEDERAL COURT

11  405 West Congress Street, Suite 1500

12  Tucson, AZ 85701

13  (520)205-4200

14  CC

15  Pima County Justice Court

16  110 South Church street

17  Tucson, AZ 85701

18

19  cc

20  Timothy J. Eckstein, 018321 (Attorney for the DEFENDANT.)

21  2929 N. Central Ave

22  Phoenix, Az 85012

23  (602)6409316

24

25

26

27

28