*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| EDWARD MORALES,           )<br>                                 )<br>       Plaintiff,    )<br>                                 )<br>  vs.                       )<br>                                 )<br>EXPERIAN INFORMATION     )<br>SOLUTIONS, INC.,         )<br>                                 )<br>       Defendant,    )<br>                                 ) | JUDGMENT IN A CIVIL CASE<br><br>Case No. 08-CV-56-TUC-JMR(JEMB) |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Joint Stipulation for Dismissal, that any and all claims of Plaintiff against Defendant Experian are hereby dismissed with prejudice, each of the parties to bear its own attorneys' fees and costs.


February 27, 2008                  RICHARD H. WEARE
Date                                     CLERK


                                         S/Kay Davis
                                   (By) Kay Davis, Deputy Clerk